**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    **Corona, Roberto**
    **Corona, Sierralyn**
        **Debtor(s)** : 17-11216 elf

:

**ORDER DIRECTING EMPLOYER* TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**United Healthcare Services, Inc.**
**Operations MN008-B213, PO Box 1459**
**Minneapolis, MN 55440-1459**

Re:   Corona, Sierralyn
SSN:  xxx-xx-2106

     The future earnings of the above named debtor Corona, Sierralyn, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

     **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of : **$750.00 for 60 months ,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

     The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated to the chapter 13 Trustee whose names and addresses that appear below.

     **$750.00 for 60 months**
     William C. Miller, Trustee
     P.O. Box 1799
     Memphis, TN  38101-1799

BY THE COURT

_____   3/8/17
JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Corona, Roberto
Corona, Sierralyn
110 Avondale Drive
North Wales, PA 19454


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


United Healthcare Services, Inc.
Operations MN008-B213, PO Box 1459
Minneapolis, MN 55440-1459