IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ROBERTO CORONA<br>    SIERRALYN CORONA<br>        **Debtor(s)** | CHAPTER 13<br><br>CASE NO. 17-11216 (ELF) |
| SANTANDER CONSUMER USA INC.<br>        **Moving Party** | HEARING DATE: **5-30-17 at 9:30 AM** |
| v. | 11 U.S.C. 362 |
| ROBERTO CORONA<br>SIERRALYN CORONA<br>        **Respondent(s)** | |
| WILLIAM C. MILLER<br>        **Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2005 Infiniti QX56** bearing vehicle identification number 5N3AA08C55N807918 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Dated: 5/30/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**