United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roberto Corona  
Sierralyn Corona  
       Debtors

Case No. 17-11216-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 30, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.  
db/jdb        +Roberto Corona,    Sierralyn Corona,    110 Avondale Drive,    North Wales, PA 19454-3900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:  
         JOHN L. MCCLAIN    on behalf of Debtor Roberto  Corona aaamcclain@aol.com, edpabankcourt@aol.com  
         JOHN L. MCCLAIN    on behalf of Joint Debtor Sierralyn  Corona aaamcclain@aol.com, edpabankcourt@aol.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc. mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com  
                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ROBERTO CORONA ) | |
|    SIERRALYN CORONA ) | CHAPTER 13 |
|    **Debtor(s)** ) | |
| ) | CASE NO. 17-11216 (ELF) |
| SANTANDER CONSUMER USA INC. ) | |
|    **Moving Party** ) | HEARING DATE: **5-30-17 at 9:30 AM** |
| ) | |
| ) | |
|    v. ) | 11 U.S.C. 362 |
| ) | |
| ROBERTO CORONA ) | |
| SIERRALYN CORONA ) | |
|    **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|    **Trustee** ) | |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

  Upon the motion of Santander Consumer USA, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

  **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2005 Infiniti QX56** bearing vehicle identification number 5N3AA08C55N807918 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

  **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Dated:  5/30/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**