**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF**

**PENNSYLVANIA**

**In RE:**                                                                      **Case No.** 17-11216

   ROBERTO CORONA
   SIERRALYN CORONA

### NOTICE OF CREDITOR CHANGE OF ADDRESS

         The creditor in the above entitled case hereby requests that the mailing address,
pertaining to both notices and payments, listed in the above stated case be changed;

FROM:                                                      TO:

Fay Servicing, LLC                                         Fay Servicing, LLC

939 W. North Avenue                                        3000 Kellway Dr.

Suite 680                                                  Ste 150

Chicago, Illinois 60642                                    Carrollton, TX 75006

Dated: 08/17/2017                                          /s/ Padma Vaghela

                                                           Creditor's Authorized Agent for Fay Servicing LLC