**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13

**Corona, Roberto**
**Corona, Sierralyn**
           **Debtors**

                                                                         :           17-11216

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S AMENDED CHAPTER 13 PLAN**

    I certify that on  August 17, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: August 17, 2017

                                        "/s/"Mitchell J. Prince
                                     John L. McClain, Esquire
                                     Mitchell J. Prince, Esquire
                                     Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072