# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Roberto Corona<br>Sierralyn Corona<br><br>                          Debtors<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust<br><br>                          Movant<br>          vs.<br><br>Roberto Corona<br>Sierralyn Corona<br>                          Debtors | CHAPTER 13<br><br><br>NO. 17-11216 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 8, 2017 (Doc. No. 30).

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorneys for Movant

August 21, 2017