United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roberto Corona  
Sierralyn Corona  
       Debtors

Case No. 17-11216-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Antoinett　　　Page 1 of 1　　　Date Rcvd: Apr 06, 2018  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db/jdb　　　+Roberto Corona,　Sierralyn Corona,　1539 Jakes Place,　Hellertown, PA 18055-2641  
　　　　　　+Phoebe Ministries,　1925 Turner Street,　Allentown, PA 18104-5513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
　　　　JOHN L. MCCLAIN　　on behalf of Debtor Roberto　Corona aaamcclain@aol.com, edpabankcourt@aol.com  
　　　　JOHN L. MCCLAIN　　on behalf of Joint Debtor Sierralyn　Corona aaamcclain@aol.com,　edpabankcourt@aol.com  
　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com  
　　　　WILLIAM EDWARD CRAIG　　on behalf of Creditor　Santander Consumer USA, Inc. ecfmail@mortoncraig.com,　mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    **Corona, Roberto**
    **Corona, Sierralyn**
        **Debtor(s)**                        : 17-11216

:

## ORDER DIRECTING EMPLOYER* TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Phoebe Ministries**
**1925 Turner St**
**Allentown, PA 18104**


Re:   Corona, Sierralyn
SSN:  xxx-xx-2106

    The future earnings of the above named debtor Corona, Sierralyn, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of : **$750.00 for 60 months ,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated to the chapter 13 Trustee whose names and addresses that appear below.

    **$750.00 for 60 months**
    William C. Miller, Trustee
    P.O. Box 1799
    Memphis, TN  38101-1799

4/6/18

_____
JUDGE ERIC L. FRANK