United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11216-elf
Roberto Corona                                                        Chapter 13
Sierralyn Corona
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 1           Date Rcvd: Jan 08, 2019
                               Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13876711        E-mail/Text: ally@ebn.phinsolutions.com Jan 09 2019 03:24:02      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
                                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
          JOHN L. MCCLAIN    on behalf of Debtor Roberto  Corona aaamcclain@aol.com,    edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Sierralyn  Corona aaamcclain@aol.com,
           edpabankcourt@aol.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware
           Trust bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                    TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11216-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Roberto Corona  
1539 Jakes Place  
Hellertown PA 18055

Sierralyn Corona  
1539 Jakes Place  
Hellertown PA 18055

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/08/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/10/19

Tim McGrath  
**CLERK OF THE COURT**