**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Corona, Roberto
    Corona, Sierralyn
        Debtor(s) : 17-11216

:

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 11th day of January, 2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE  ERIC L. FRANK


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Corona, Roberto
Corona, Sierralyn
1539 Jakes Place
Hellertown, PA 18055

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Phoebe Ministries
1925 Turner St
Allentown, PA 18104