Certificate Number: 03088-PAE-DE-036318525

Bankruptcy Case Number: 17-11216



03088-PAE-DE-036318525

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2022, at 11:34 o'clock PM CST, Roberto Corona completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 8, 2022          By:   /s/Doug Tonne

                                 Name: Doug Tonne

                                 Title: Counselor