Certificate Number: 03088-PAE-DE-036318524

Bankruptcy Case Number: 17-11216



03088-PAE-DE-036318524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2022, at 11:34 o'clock PM CST, Sierralyn R Corona completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 8, 2022               By:   /s/Doug Tonne

                                       Name: Doug Tonne

                                       Title: Counselor