United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11216-elf |
| Roberto Corona | Chapter 13 |
| Sierralyn Corona | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 09, 2022 | Form ID: 138OBJ | Total Noticed: 71 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Roberto Corona, Sierralyn Corona, 1539 Jakes Place, Hellertown, PA 18055-2641 |
| 13870501 | + | AT&T Mobility, PO Box 53104, Atlanta, GA 30355 |
| 13870492 | | Aaron's Inc., 208 N. West End Blvd, Quakertown, PA 18951 |
| 13870495 | + | Allied Cash Advance, c/o Real Time Resolutions, Inc, PO Box 566027, Dallas, TX 75356-6027 |
| 13870503 | + | Borough of Trumbauersville, One Evergreen Drive, PO Box 100, Trumbauersville, PA 18970-0100 |
| 13870506 | + | Central Credit Services, Inc, PO Box 15118, Jacksonville, FL 32239-5118 |
| 13870508 | + | Consolidated Recovery Group LLC, 425 W Fifth Ave, Ste 103, Escondido, CA 92025-4843 |
| 13870509 | + | Cornerstone/AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 13870513 | + | Credit Protection Assoc, PO Box 802068, Dallas, TX 75380-2068 |
| 13870514 | | Credit Protection Assoc., LP (Comcast), 1335 Noel Road, Dallas, TX 75240 |
| 13870517 | #+ | DTE Energy Services, 414 S. Main st., Ste 600, Ann Arbor, MI 48104-2398 |
| 13870515 | + | Delaware Department of Transportaion, PO Box 698, Dover, DE 19903-0698 |
| 13870516 | + | Denise Mossman, 2723 S. Norfolk St, Apt 203, San Mateo, CA 94403-1670 |
| 13870518 | | E-Z Automotive, c/o Alexander Kostinsky, 25 Cypress Circle, Richboro, PA 18954 |
| 13870520 | + | Erik Berger, US Real Estate Acquisitions, 402 Main St, Metuchen, NJ 08840-1846 |
| 13870521 | + | First Progress Remittancers, PO Box 84019, Columbus, GA 31908-4019 |
| 13870522 | | HSBC, Processing Center, Carol Stream, IL 60197-9901 |
| 13870525 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13870526 | + | Law Enforcement Systems, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 13870528 | + | Linebarager Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 13870530 | + | Medical Payment Data, PO Box 9800, Wilkes Barre, PA 18773-9800 |
| 13870533 | + | Milford Trumauersville Area Sewer Author, PO Box 126, Spinnerstown, PA 18968-0126 |
| 13888198 | + | New Jersey Turnpike Authority, Mark Schneider, Esquire, 581 Main Street, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 13870535 | + | OAA Orthopaedic Specialists, 250 Cetronia Rd, Allentown, PA 18104-9168 |
| 13870540 | + | PPL Utilities, 2 N. 9th St., RPC Enna, Allentown, PA 18101-1179 |
| 13870537 | + | Park Community Federal CU, c/o Gregory Taylor, 11405 Park Rd, Ste 200, PO Box 23200, Louisville, KY 40223-0200 |
| 13870539 | + | Phoenix Country Square Shopping Ctr, LTD, 402 Main Street, Ste 204, Metuchen, NJ 08840-1960 |
| 13870543 | + | Roberto Corona, 110 Avondale Drive, North Wales, PA 19454-3900 |
| 13870545 | + | Sierralyn Corona, 110 Avondale Drive, North Wales, PA 19454-3900 |
| 13870547 | + | State of Michigan Department of Treasury, Caddilac Place, 3030 W. Grand Blvd., Ste 10-200, Detroit, MI 48202-6030 |
| 13870549 | + | Ventures Trust 2013 MCM Capital Partners, c/o Hill Wallack, 777 Township Line Rd, Ste 250, Yardley, PA 19067-5565 |
| 13940830 | + | Wilmington Savings Fund Society, Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 13870552 | | Yanfeng Zheng, c/o Best Food in Town, Trainer's Shopping Center, 226 N. West End Blvd, Lenni, PA 19052 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | |

Case 17-11216-elf    Doc 74    Filed 02/11/22    Entered 02/12/22 00:31:01    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: 138OBJ | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| | | Feb 09 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 09 2022 23:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13870493 | + Email/Text: EBNProcessing@afni.com | Feb 09 2022 23:56:00 | Afni, Inc., 404 Brock Drive, PO Box 3427, Bloomington, Il 61702-3427 |
| 13870494 | + Email/Text: sleerose@yahoo.com | Feb 09 2022 23:56:00 | Allied Acceptance Corp., PO Box 27108, Fresno, CA 93729-7108 |
| 13870496 | + Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 23:56:00 | Ally Bank, PO Box 380902, Bloomington, MN 55438-0902 |
| 13870497 | + Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 23:56:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13870498 | + Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 23:56:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 13870499 | + Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 00:10:42 | American InfoSource LP as agent, for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13870500 | + Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Feb 09 2022 23:56:00 | Asset Acceptance, PO Box 1630, Warren, MI 48090-1630 |
| 13870502 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 09 2022 23:56:00 | Berks Credit and Collection, PO Box 329, Temple, PA 19560-0329 |
| 13870505 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 00:10:42 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13870504 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 00:10:50 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13870507 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2022 00:10:42 | CitiMortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 13870510 | + Email/Text: ebnnotifications@creditacceptance.com | Feb 09 2022 23:56:00 | Credit Acceptance, 25505 W. Twelve Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 13870511 | + Email/Text: ebnnotifications@creditacceptance.com | Feb 09 2022 23:56:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 13870512 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 09 2022 23:56:00 | Credit Collection Services, 2 Wells Ave, Dept 9134, Newton Center, MA 02459-3225 |
| 13870519 | + Email/Text: bknotice@ercbpo.com | Feb 09 2022 23:56:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13870524 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2022 23:56:00 | IRS/ Special Procedures, P.O. Box 21125, Philadelphia, PA 19114 |
| 13870529 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 00:10:42 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 13882540 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2022 00:10:42 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13870527 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 09 2022 23:56:00 | Liberty Mutual, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 13870531 | + Email/Text: legals@cadillac-ar.com | Feb 09 2022 23:56:00 | Medical Payment Data, c/o Cadillac Accounts Receivables, PO Box 358, Cadillac, MI 49601-0358 |
| 13870532 | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2022 23:56:00 | Midland Credit Management, 8875 Aero Dr. Ste |

| Recip ID | | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | 200, San Diego, CA 92123-2255 |
| 13870534 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com Feb 09 2022 23:56:00 | | NJ E-Z pass, 375 McCarter Hgwy, Newark, NJ 07104 |
| 13870536 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 09 2022 23:56:00 | | PA Department of Revenue, Dept 280946, Harrisburg, PA 17128-0001 |
| 14255254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2022 00:10:46 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13875589 | + | Email/PDF: rmscedi@recoverycorp.com Feb 10 2022 00:10:42 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13870538 | + | Email/Text: bankruptcy@parkcommunity.com Feb 09 2022 23:56:00 | | Park Federal Credit Un, PO Box 18630, Louisville, KY 40261-0630 |
| 13924170 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 10 2022 00:10:42 | | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Equable Ascent, Financial, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13870541 | + | Email/Text: jbender@quakertown.org Feb 09 2022 23:56:00 | | Quakertown Borough, 35 North Third Street, Quakertown, PA 18951-1376 |
| 13870542 | | Email/Text: anna.martin@receivablerecovery.com Feb 09 2022 23:56:00 | | Receivable Recovery Service Llc, RRS, 110 Veterans Memorial Blvd Ste 445, Metairie, LA 70005 |
| 13870544 | + | Email/Text: enotifications@santanderconsumerusa.com Feb 09 2022 23:56:00 | | Santander Consumer USA, Inc., PO Box 961245, Ft. Worth, TX 76161-0244 |
| 13870546 | + | Email/Text: bankruptcy@sw-credit.com Feb 09 2022 23:56:00 | | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 13870548 | + | Email/Text: bankruptcy@sccompanies.com Feb 09 2022 23:56:00 | | The Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13899104 | + | Email/Text: bankruptcy@sccompanies.com Feb 09 2022 23:56:00 | | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13870550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 09 2022 23:56:00 | | VICTORIA'S SECRET, P.O. BOX 659728, SAN ANTONIO, TX 78265-9728 |
| 13909471 | + | Email/PDF: ebn_ais@aisinfo.com Feb 10 2022 00:10:42 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13870551 | | WG Property Management |
| 13876711 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13886717 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14270785 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13970034 | ##+ | Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |
| 13870523 | ##+ | Intuit, 21215 Burbabank BLVD, ste 100, Woodland Hills, CA 91367-7091 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 09, 2022 | Form ID: 138OBJ | Total Noticed: 71 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022            Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

**Name**            **Email Address**

JOHN L. MCCLAIN
    on behalf of Debtor Roberto Corona aaamcclain@aol.com edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Sierralyn Corona aaamcclain@aol.com edpabankcourt@aol.com

KENNETH E. WEST
    ecfemails@ph13trustee.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not Individually but as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Roberto Corona and Sierralyn Corona
    Debtor(s)

Case No: 17−11216−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/9/22

73 − 64
Form 138OBJ